■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUILLERMO CRUZ, Also Known as FRANKIE PEMENTAL, Also Known as FRANKIE PEMENTEL, Appellant. [650 NYS2d 540] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered April 18, 1994, convicting defendant, upon his pleas of guilty, of manslaughter in the first degree and criminal possession of a weapon in the third degree, and sentencing him to concurrent terms of 6 to 18 years and $2^1/_3$ to 7 years, respectively, unanimously affirmed.

Defendant made a knowing, voluntary, and intelligent waiver of his right to appeal both his plea and sentence as an express condition of his plea bargain (*People v Seaberg*, 74 NY2d 1, 9-10; *People v Cole*, 199 AD2d 60, *lv denied* 83 NY2d 803). In any event, we perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Rubin, Ross, Tom and Andrias, JJ.